UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EDWARD FRANKLIN | CIVIL ACTION |
| VERSUS | NO: 06-9299 |
| LOUISIANA CITIZENS PROPERTY INSURANCE CORP., ET AL. | SECTION: "J" (1) |

**ORDER**

Before the Court is plaintiff's Motion to Remand. (Doc. 6.) The motion is opposed. For the following reasons, the Court finds that defendant State Farm Fire and Casualty Company should be DISMISSED and the motion to remand should be GRANTED.

Plaintiff sued defendant State Farm Fire and Casualty Company seeking to recover under an insurance policy covering property damaged caused by Hurricane Katrina. Plaintiff also sued Louisiana Citizens Property Insurance Corporation, agent Lisa Campbell, and a contractor. State Farm and Lisa Campbell removed the case based on the original exclusive federal jurisdiction provided under the National Flood Insurance Act, 42 U.S.C. § 4072, for suits involving the administration and claims handling of a flood policy.

Plaintiff seeks to remand by clarifying that he has not sued

the flood insurance provider and is not seeking to recover under a flood insurance policy. State Farm opposes the motion by presenting uncontroverted evidence that it only issued a flood policy for plaintiff's property. State Farm argues that because there is a claim against it, plaintiff must be seeking to recover under the flood policy.

Because plaintiff has clarified that he is not seeking to recover under a flood policy and State Farm has proved that it only provided a flood policy, the Court finds that no cause of action exists against State Farm. The Court expresses no opinion regarding the procurement claims against the agent Lisa Campbell.

Accordingly,

**IT IS ORDERED** that the claims against State Farm Fire and Casualty Company are **DISMISSED**;

**IT IS FURTHER ORDERED** that, pursuant to 28 U.S.C. § 1367(c)(3), plaintiff's Motion to Remand (Doc. 6) is **GRANTED**; the above-captioned action is hereby **REMANDED** to the court from which it was removed.

New Orleans, Louisiana this the 26th day of January, 2007.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE